UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LARRY AMARAL,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAROLINE W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No.  14-5261 RBL-KLS<br><br>REPORT AND RECOMMENDATION |

　　　This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule MJR 4(a)(4) and as authorized by <u>Mathews, Secretary of H.E.W. v. Weber</u>, 423 U.S. 261 (1976).  This matter is before the Court on the stipulated motion for remand . (ECF 18).  After reviewing the parties' stipulated motion and the remaining record, the undersigned recommends that the Court grant the parties' motion, and remand this matter to the Commissioner for further proceedings.

　　　This court recommends that on remand, the ALJ will be directed to reevaluate the source opinions of record, including the opinion of Tasmyn Bowes, Psy.D., and give reasons for the weight given; reassess Plaintiff's residual functional capacity; further evaluate whether Plaintiff can perform his past relevant work; and, if warranted, obtain supplemental evidence from a vocational expert.

　　　This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings.

REPORT AND RECOMMENDATION - 1

1 Given the fact of the parties' stipulation, the Court recommends that the District Judge
2 immediately approve this Report and Recommendation and order the case **REVERSED** and
3 **REMANDED.** A proposed order accompanies this Report and Recommendation.
4 DATED this 11th day of August, 2014.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2